IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

GLORIA S. JACKSON                                                                                    PLAINTIFF

v.                                                                                                 No. 2:11CV61-M-S

WAL-MART, ET AL.                                                                                  DEFENDANTS

ORDER ADOPTING
REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 30, 2011, was on that date duly served by mail upon the *pro se* plaintiff at her last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 30, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. The instant case is **DISMISSED** as frivolous.

3. Gloria S. Jackson is **BARRED** from filing any further pleadings in this court without prepayment of fees – and permission by an Article III judge of this court.

4. Should Gloria S. Jackson submit a motion to an Article III judge of this court seeking to file another lawsuit, Jackson must also provide a copy of this order, her proposed complaint, and must tender the full amount of the filing fee.

5.      Upon receipt of Jackson's motion to file a complaint, the full filing fee, a copy of this order, and a proposed complaint, the Clerk of the Court will open the matter as a Miscellaneous Case pending review by the assigned district judge.

6.      All of Gloria S. Jackson's cases currently pending in this court are **DISMISSED** as frivolous.

7.      Given this holding, all of the motions pending in Gloria S. Jackson's active cases are **DISMISSED** as moot.

8.      The Clerk of the Court is **DIRECTED** to enter this order in the following cases:

*Jackson v. New Breed Logistics, Inc.*, 2:11CV57-P-S

*Jackson v. Future Electronics*, 2:11CV58-B-A

*Jackson v. Carlyle Syntec*, 2:11CV59-P-A

*Jackson v. Spherion*, 2:11CV60-M-A

*Jackson v. MPI, Inc.*, 2:11CV62-P-A

*Jackson v. Kelly Services*, 2:11CV65-P-S

*Jackson v. Larson King LLP*, 2:11CV79-P-S

*Jackson v. Westaff*, 2:11CV83-M-S

*Jackson v. Technicolor*, 2:11CV84-M-A

THIS, the 20th day of April, 2011.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**